IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>NICHOLAS D. GRAY,<br><br>                    Defendant. | CASE NO. 2:22-CR-0083-TLN<br><br>**ORDER RE: WITHDRAWAL OF MOTION TO RE-OPEN DETENTION HEARING AND FOR RELEASE ON CONDITIONS**<br><br>Date: June 24, 2022<br>Time: 2:00 p.m.<br>Court: Hon. Carolyn K. Delaney |

**ORDER**

At the defendant's request, the Motion to Re-Open Detention Hearing and for Release on Conditions currently set to occur on June 24, 2022, at 2:00 p.m., is hereby vacated, without prejudice.

IT IS SO ORDERED.

Dated: June 21, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1