CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Nicholas Gray

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>NICHOLAS GRAY,<br><br>   Defendant. | CASE NO. 2:22-CR-83-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 19, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Emily G. Sauvageau, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 19, 2023.

2. By this stipulation, defendant now moves to continue the status conference until **January 26, 2023, at 9:30 a.m.**, and to exclude time between January 19, 2023, and January 26, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photos, videos, and search warrant affidavits. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with her client, review

discovery, conduct any necessary investigation, and prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 19, 2023 to January 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated:  January 17, 2023        PHILLIP A. TALBERT
                    United States Attorney

                     /s/ Emily G. Sauvageau
                     Emily G. Sauvageau
                     Assistant United States Attorney

Dated:  January 17, 2023        /s/ Candice L. Fields
                     Candice L. Fields
                     Counsel for Defendant
                     Nicholas Gray

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January, 2023.

_____
Troy L. Nunley
United States District Judge