CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:  (916) 790-9450

Attorneys for Defendant
Nicholas Gray

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-83-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| NICHOLAS GRAY, | DATE: February 23, 2023 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Emily G. Sauvageau, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 23, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until May 18, 2023, at 9:30 a.m., and to exclude time between February 23, 2023, and May 18, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, photos, videos, and search warrant affidavits. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with her client, review

1    discovery, conduct any necessary investigation, and prepare for trial.

2         c)    Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny her the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5         d)    The government does not object to the continuance.

6         e)    Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of February 23, 2023 to May 18,

11   2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12   T4] because it results from a continuance granted by the Court at defendant's request on the basis

13   of the Court's finding that the ends of justice served by taking such action outweigh the best

14   interest of the public and the defendant in a speedy trial.

15        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

16   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17   must commence.

18        IT IS SO STIPULATED.

19

20

Dated:  February 21, 2023                          PHILLIP A. TALBERT
21                                                  United States Attorney

22
                                                    /s/ Emily G. Sauvageau
23                                                  Emily G. Sauvageau
24                                                  Assistant United States Attorney

25
Dated:  February 21, 2023                          /s/ Candice L. Fields
26                                                  Candice L. Fields
27                                                  Counsel for Defendant
                                                    Nicholas Gray
28

1

2

**ORDER**

3

IT IS SO FOUND AND ORDERED this 21st day of February, 2023.

4

5

6

7

                                  Troy L. Nunley
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28