PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS GRAY,<br><br>Defendant. | CASE NO. 2:22-CR-83-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 18, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 18, 2023.

2. By this stipulation, defendant now moves to continue the status conference until June 8, 2023, for a motion hearing, and to exclude time between May 18, 2023, and June 8, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, search warrants, and documents in electronic form; body worn camera footage and search warrant photographs; and records regarding Defendant's criminal history. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

      b)      Counsel for defendant desires additional time to consult with her client, review discovery, and otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2023 to June 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5.      Additionally, Defendant has indicated he will file a motion to suppress evidence in the next few days.  Accordingly, the parties ask the Court to set the June 8, 2023 hearing date as a motion hearing, and to order the following briefing schedule:

      a)      Suppression Motion (if any) Due:      May 17, 2023

      b)      Government's Response Due:      May 24, 2023

      c)      Defendant's Reply (if any) Due:      June 1, 2023

      d)      Motion Hearing Date:      June 8, 2023

6.      Should Defendant decline to file a motion by May 17, 2023, the parties request that this matter remain on calendar on June 8, 2023 for a status conference, absent an additional stipulation or

joint motion by the parties.

      IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 11, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ EMILY G. SAUVAGEAU<br>EMILY G. SAUVAGEAU<br>Assistant United States Attorney |
| Dated:  May 11, 2023 | /s/ CANDICE FIELDS<br>CANDICE FIELDS<br>Counsel for Defendant<br>NICHOLAS GRAY |

## ORDER

IT IS SO FOUND AND ORDERED this 12th day of May, 2023.

_____
Troy L. Nunley
United States District Judge