PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-83-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR THE GOVERNMENT'S MOTION TO RECONSIDER; FINDINGS AND ORDER |
| v. | |
| NICHOLAS GRAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 26, 2023, the Court issued an order granting the defendant's motion to suppress. ECF No. 42. On August 2, 2023, the United States filed a motion for reconsideration. ECF No. 43.

///

///

///

///

///

2. By this stipulation, the parties ask the Court to set a briefing schedule and hearing date for the pending motion for reconsideration as follows:

    a) Defendant's Opposition (if any) Due:     August 24, 2023

    b) Government's Reply (if any) Due:     August 31, 2023

    c) Motion Hearing Date:     September 7, 2023, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: August 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ EMILY G. SAUVAGEAU
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated: August 7, 2023

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
NICHOLAS GRAY

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of August, 2023.

Troy L. Nunley
United States District Judge