FILED
October 5, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NICHOLAS GRAY,<br><br>        Defendant. | Case No.  2:22-CR-00083-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>NICHOLAS GRAY</u>, Case No. <u>2:22-CR-00083-01-TLN</u> Charges <u>18 U.S.C. § 922(g)(1)</u>, from custody for the following reasons:

|   | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | (Other): <u>Order signed Granting the Government's Motion to Dismiss Indictment.</u> |

Issued at Sacramento, California on October 5, 2023.

By: _____
District Judge Troy L. Nunley